John T. Bender, WSBA #49658
Michael A. Jaeger, WSBA #
LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone: (206) 436-2020
Facismile: (206) 436-2030
John.Bender@lewisbrisbois.com
Michael.Jaeger@lewisbrisbois.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MOTOR-SERVICES HUGO STAMP, INC., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>PUGLIA ENGINEERING, INC., a Washington corporation,<br><br>Defendant,<br><br>WASHINGTON FEDERAL, a Washington corporation,<br><br>Garnishee Defendant. | No. MC18-5006BHS<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

THIS MATTER, having come before this court upon an application of the Plaintiff and this court being duly advised,

NOW, THEREFORE, it is ORDERED that the Plaintiff's Application for Writ of Garnishment is GRANTED. The clerk is directed to issue Plaintiff's Writ of Garnishment.

DATED this __22__ day of __March__, 2018.

_____
United States District Court Judge

ORDER TO ISSUE WRIT OF GARNISHMENT - 1
USDCWD NO.

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4845-7086-3967.1

Presented by:

LEWIS BRISBOIS BISGAARD & SMITH, LLP

/s/ John T. Bender
John T. Bender, WSBA #49658
Michael A. Jaeger, WSBA #23166
Attorneys for Defendants

ORDER TO ISSUE WRIT OF GARNISHMENT - 2
USDCWD NO.

4845-7086-3967.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020